UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JAMES A. STARRETT, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CIVIL NO. 2:14-cv-152-DBH |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| DEFENDANT | ) |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 30, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on December 17, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss is **DENIED**.

**SO ORDERED.**

**DATED THIS 19TH DAY OF DECEMBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**